UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR0483-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| RUSSELL MARC GAYNOR, | ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing in the above entitled case be continued from July 26, 2007 at 11:30 a.m. to August 24, 2007 at 10:30 a.m.

IT IS SO ORDERED.

DATED: July 25, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge